| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br>ROBIN A. KRULDER<br>*aka Robin Ann Krulder*<br>*aka Robin Krulder*<br><br><br>                      Debtor(s)<br>---------------------------------------------------------X | *Return Date:* **January 4, 2024**<br>*Time:* **9:30 a.m.**<br><br>Chapter 13<br>Case No.: 23-74285-736<br><br><br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS

     **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 4th day of JANUARY, 2024 at 9:30 a.m., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

     **PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 . If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Grossman's courtroom deputy for instructions at (631) 712-6276, reg_hearings@nyeb.uscourts.gov .

     **PLEASE TAKE NOTICE**, that the hearing on the Motion may be adjourned without notice other than announcement in open Court.

     **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>           December 18, 2023 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, New York 11749<br>(631) 549-7900 |

*To:*    *Office of the United States Trustee*
        *ROBIN A. KRULDER, Debtor(s)*
        *DARREN ARONOW, ESQ. Attorney for Debtor(s)*
        *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X      **tmm1634**
In re:

    Chapter 13
    Case No.: 23-74285-736

ROBIN A. KRULDER
*aka Robin Ann Krulder*
*aka Robin Krulder*

        Debtor(s)          **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

    MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

    1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on November 15, 2023, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

    2. As of the date of this motion, the debtor(s) has failed to provide the Trustee with an Affidavit of husband's annual bonuses with Proof of Bonuses; Proof of post-petition mortgage payment for December 2023; and provide name of attorney for the Loan modification with proof of payment(s).

    3. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

    **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
      December 18, 2023

                                        *<u>Michael J. Macco</u>*
                                        Michael J. Macco, Chapter 13 Trustee
                                        2950 Express Drive, Suite 109
                                        Islandia, NY   11749
                                        (631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x          Case No: 23-74285-736
IN RE:

ROBIN A. KRULDER                                              **CERTIFICATE OF SERVICE**
*aka Robin Ann Krulder*                                       **BY MAIL AND ELECTRONIC**
*aka Robin Krulder*                                           **SERVICE**

                             Debtor(s)
---------------------------------------------------x

       This is to certify that I, Christine Prasnik, have this day served a true, accurate and correct copy of the within ***Notice of Motion and Application,*** by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Robin A. Krulder*
*4029 Demont Road*
*Seaford, NY 11783*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose:

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*Email: USTPRegion02.LI.ECF@usdoj.gov*

*Darren Aronow*
*Aronow Law Firm P.C.*
*Email: darren@dalawpc.com*
*Attorney for Debtor(s)*

*Michelle C. Marans, Esq. on behaf of HSBC Bank USA, NA*
*Frenkel, Lambert, Weiss, Weisman & Gordon, LLP*
*Email: MMarans@flwlaw.com*
*Attorney for Secured Creditor(s)*

This day of December 18, 2023

**/s/ Christine Prasnik**
Christine Prasnik, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
(631) 761-9444